**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TYRONE PRATOR,                    )
                                 )
                    Petitioner,   )          2:12-cv-0081-GMN-VCF
                                 )
vs.                              )
                                 )                    ORDER
GREG COX, *et al.*,              )
                                 )
                    Respondent.   )
_____)

Petitioner Tyrone Prator has filed a motion for discovery (ECF No. 13) seeking a transcript of the show cause hearing conducted by the Court on June 8, 2012.  Petitioner believes that the statistical closure of his state post-conviction case violates his due process rights where no official findings of fact and conclusions of law were entered as required by Nevada law.  Respondents reported that an evidentiary hearing was scheduled in his state proceedings for December 2012.

Having been advised to consult with his state court attorney, the Court finds good cause to grant the motion for the transcript in order to permit petitioner to discuss the matters intelligently. Pursuant to Rule 6 of the Rules Governing Section 2254 Actions and good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion (ECF No. 13) is **GRANTED.** The court reporter shall prepare a transcript of the show cause hearing conducted in this Court on June 8, 2012, at 10 a.m. and shall transmit a copy thereof to petitioner and shall file the same in the Court's records in this matter.

**DATED** this 20th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge