**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TYRONE PRATOR,

          Petitioner,          2:12-cv-0081-GMN-VCF

vs.

          ORDER

GREG COX, *et al.*,

          Respondent.

Respondents move for leave to file a late pleading (ECF No. 26), which is submitted one day beyond the filing deadline. Good cause appearing, the motion is **granted.**

**IT IS SO ORDERED**.

DATED this 10th day of May, 2013.

_____
Gloria M. Navarro
United States District Judge